**Kathryn HENRY Plaintiff—Appellant**

v.

**OHIO DEPARTMENT OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES Defendant—Appellee**

**No. 00–4500.**

United States Court of Appeals, Sixth Circuit.

March 20, 2002.

Before SILER and GILMAN, Circuit Judges; and HEYBURN, District Judge.*

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is,

---

* The Honorable John G. Heyburn, II, United States District Judge for the Western District of Kentucky, sitting by designation.

affirmed upon the opinion of the district court.